## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| BOBBIE MANNIELLO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   No.  1:17-cv-00051-GZS |
| | ) |
| NANCY A. BERRYHILL, Acting COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 24) filed February 14, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for EAJA Fees (ECF No. 20) is **GRANTED IN PART** in the amount of $2,942.83, and otherwise is **DENIED**.

　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 1st day of March, 2018.